### WEBER et al. v. GRAND LODGE OF KENTUCKY, F. & A. M.

(Circuit Court of Appeals, Sixth Circuit.    June 24, 1909.)

No. 1,901.

On Rehearing.

For former opinion, see 169 Fed. 522.   See, also, infra.

Before LURTON, SEVERENS, and WARRINGTON, Circuit Judges.

PER CURIAM.   The petition to rehear and certify the question upon the jurisdiction of the court below is denied upon the authority of Coler v. Grainger County, 74 Fed. 16, 20 C. C. A. 267, Ayres v. Polsdorfer, 187 U. S. 585, 23 Sup. Ct. 196, 47 L. Ed. 314, and Boston, etc., R. Co. v. Gokey, 210 U. S. 155, 28 Sup. Ct. 657, 52 L. Ed. 1002.